**2013-0347. State ex rel. Messenger v. Kagel.**
In Procedendo. On amended complaint in procedendo of Chad A. Messenger. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'CONNOR, C.J., dissents and would order respondent to file a response.

**2013-0466. State v. Hall.**
Delaware App. Nos. 12CAA030017, 12CAA030018, and 12CAA030019, 2013-Ohio-660. Discretionary appeal accepted and cause remanded to the court of appeals for application of *State v. Smith*, ___ Ohio St.3d ___, 2013-Ohio-1698, ___ N.E.2d ___.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and O'NEILL, JJ., concur.

PFEIFER, LANZINGER, and FRENCH, JJ., dissent.

**2013-0489. State ex rel. Rice v. Wolaver.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0490. State ex rel. Bryant v. Durkin.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0494. Bailey v. Ohio Court of Appeals.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0498. McGlosson v. Hedric.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0506. Franklin v. Judge for Case No. 03CR-03-2059.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents and would grant an alternative writ.

**2013-0525. Brown v. Horrigan.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, ODONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0526. Brown v. Callahan.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0529. State ex rel. Curley v. Summit Cty. Clerk of Courts.**
Miscellaneous Case. On motion to dismiss. Motion granted. Cause dismissed.

PFEIFER, Acting C.J., and O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'CONNOR, C.J., not participating.

**2013-0587. Morgan v. Pineda.**
In Habeas Corpus. On petition for writ of habeas corpus of James W. Morgan Jr. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.